UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

REUBEN AVENT,
                        Plaintiff,

     - vs -                                   9:07-CV-1135
                                              (DNH)(GHL)

BRIAN FISHER; THOMAS EAGEN; GOORD; DALE ARTUS; DEVLIN, Sgt.; D. KEMP; ANTHONY ANNUCCI; WILSON, C.O.; IGP LINDQUIST; COXSACKIE UNKNOWN IGP; LAREAU, Lt.; R.K. WOODS; K. BELLAMY; JOHN DOE, Commissary Officer; SNIDER, C.O.; JAMES DOE, Upstate C-2-11 Building Sgt.; THOMPSON, Sgt.; BRIAN O'DONNELL BORGADES, C.O.; MAHONNEY, Supt.; KNOPP, C.O.; HOBART, C.O.; BEAULT, C.O.; BACZKOWSKI, Sgt.; K. GEORGROSIO, R.N.; MEIGS, Lt.; THERESA A. KNAPP-DAVID; LAPE, Supt.; L. NORTON; ELIOT SPITZER; C.O. LUPO; SHORR, C.O.; ANDROSKO, R.N.; SUPERINTENDENT GRAHAM; SERGEANT LUPO; D. SELSKY; BELLNIER, DSS; PARMITER, IGP; R.N. SMITH, Sgt.,
                        Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES:

REUBEN AVENT
Plaintiff, *pro se*
01-A-5796
Auburn Correctional Facility
P.O. Box 618
Auburn, NY 13021

DAVID N. HURD
United States District Judge

# **O R D E R**

      Plaintiff, Reuben Avent, brought this civil rights action pursuant to 42 U.S.C. §

1983.  In a Report Recommendation dated September 30, 2008, the Honorable George H.

Lowe, United States Magistrate Judge, recommended that plaintiff's in forma pauperis status

be revoked as having been improvidently granted; that the complaint be dismissed if within thirty (30) days of the date of the final order on the report-recommendation he has not paid the required filing fee of $350.00.  The plaintiff has filed timely objections to the Report Recommendation.

Based upon a de novo review of the portions of the Report-Recommendation to which the plaintiff has objected, the Report-Recommendation is accepted and adopted.  <u>See</u> 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1.  Plaintiff's in forma pauperis status is REVOKED;

2.  Plaintiff's complaint is DISMISSED; however if plaintiff pays the required filing fee of $350.00 in full within thirty (30) days of the date of this order, the complaint will be reinstated and the action may move forward;

3.  If plaintiff fails to pay the required filing fee within thirty days, the Clerk is instructed to file judgment accordingly and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated:   November 20, 2008
         Utica, New York.